## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-145-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **JERREMY ALLEN MALLOY,** | |
| **Defendant.** | |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment Without Prejudice (Doc. 45).   For good cause being shown,

**IT IS HEREBY ORDERED** that the motion to dismiss the indictment without prejudice against defendant Malloy is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial in this matter set for Tuesday, October 21, 2025 at 9:00 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that Defendant Jerremy Allen Malloy be released from the custody of the United States Marshals Service.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this ___8th___ day of October, 2025.

SUSAN P. WATTERS
United States District Judge